The Court approves the stipulated dismissal with prejudice
*s/ James S. Gwin*
JAMES S. GWIN
UNITED STATES
DISTRICT JUDGE

# THE UNITED STATES DISTRICT COURT
# FOR NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| THERESA MWIMBWA, | ) | CASE NO: 1:23-cv-1319 |
| | ) | |
| *Plaintiff*, | ) | HON. JAMES S. GWIN |
| | ) | |
| v. | ) | **STIPULATED NOTICE OF** |
| | ) | **DISMISSAL WITH PREJUDICE** |
| BPL PLASMA, INC, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

The parties, by and through undersigned counsel, hereby stipulate and provide notice to the Court and all parties that this matter has been dismissed, *with prejudice*.

Respectfully submitted,

| | |
|---|---|
| /s/ Fred M. Bean | /s/ Emily Mikes |
| Fred M. Bean (0086756) | Shawn J. Anderson (#WI 1093176) |
| SPITZ, THE EMPLOYEE'S LAW FIRM | Emily Mikes (#OH 95756) |
| 25825 Science Park Drive, Suite 200 | Kevin Koronka, State Bar No. (TX 24047422) |
| Beachwood, OH 44122 | Shawn.anderson@huschblackwell.com |
| Phone: (216) 291-4744 | Emily.mikes@huschblackwell.com |
| Fax: (216) 291-5744 | Kevin.koronka@huschblackwell.com |
| Email: fred.bean@spitzlawfirm.com | HUSCH BLACKWELL, L.L.P. |
| | 111 Congress Avenue, Suite 1400 |
| *Attorney for Plaintiff* | Austin, Texas 78701 |
| | (512) 472-5456 |
| | (512) 479-1101 (fax) |
| | |
| | *Attorneys for Defendant* |

Block DocID